07-60621.or2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 07-60621-CIV-COOKE/BROWN

MAGDA JADOTTE, on her own behalf
and others similarly situated,

    Plaintiff,

vs.

P&M DRYCLEAN USA, INC., a Florida
corporation and MOHAMED KASSAMALI,
individually,

    Defendants.
_____/

## ORDER DENYING JOINT STIPULATION OF DISMISSAL

**This matter** is before this Court on Joint Stipulation of Dismissal, filed July 26, 2007. The Court has considered the stipulation and all pertinent materials in the file.

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness." Id at 1353.

The Settlement Agreement says that defendant will pay plaintiff $5,500 in three separate payments. The Court has also reviewed Plaintiff's Statement of Claim ... (D.E. 14) in support of same. The Court finds the payment to plaintiff reasonable, though plaintiff claims entitlement to over $7,000. Counsel is to receive $4,500, also in three payments, though there is no breakdown as to fees and costs, nor any supporting documentation for same. This amounts to counsel receiving 45% of the total settlement.

The materials for the Court to evaluate the "fairness" of this settlement are insufficient. There is no breakdown of attorneys' fees and costs. In short, there is hardly anything the parties have given this Court to allow it to "scrutinize the settlement for fairness."

Therefore, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of August, 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE